JOHN B. CLEMENT et al., as Executors of and Trustees under the Will of WILLIAM H. CLEMENT, Deceased, Plaintiffs, *v.* SARATOGA HOLDING COMPANY et al., Defendants.

EMPIRE TRUST COMPANY, as Trustee, et al., Appellants; WILLIAM J. DELANEY, as Receiver in Bankruptcy of the SARATOGA HOLDING COMPANY, Respondent.

(Submitted June 5, 1916; decided June 16, 1916.)

Motions to amend remittitur and for re-argument denied, without costs.   (See 218 N. Y. 676.)

---

EDWARD P. BARRETT, Respondent, *v.* JOHN V. SCHAEFER, JR., & COMPANY et al., Defendants; HUDSON TRUST COMPANY et al., Appellants, and CRAIG & BROWN, Respondent and Appellant.

(Submitted June 12, 1916; decided June 16, 1916.)

Motion to amend remittitur denied, without costs.   (See 217 N. Y. 722.)